IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHARLES W. SCHOLLMEYER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06cv3093 |
| | ) | |
| vs. | ) | ORDER to SHOW CAUSE |
| | ) | |
| ALAN BACON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court sua sponte. It appears to the court that this case may have been abandoned, as the plaintiff has failed to notify the court of his current address, and mail from this court addressed to the plaintiff has been returned to the court as undeliverable, with the plaintiff's location unknown. As the court has advised him before, the plaintiff has a continuing obligation to keep the court informed of his current address at all times while this case is pending, and failure to do so can result in dismissal.

    Therefore, the Clerk of Court shall send this Order to Show Cause to the plaintiff at the plaintiff's last known address in the court's records, with the notation "please forward" on the outside of the envelope. By March 27, 2007, the plaintiff shall show cause in writing why this case should not be dismissed, without prejudice, for lack of prosecution.[1] In the absence of a timely and sufficient response to this Order to Show Cause, the above-entitled case may be subject, without further notice, to dismissal without prejudice by District Judge Richard G. Kopf.

    SO ORDERED.

    DATED this 16th day of March, 2007.

                                          BY THE COURT:

                                          s/ F. A. GOSSETT
                                          United States Magistrate Judge

---

[1] See NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."